UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DAVID WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 12-136-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LVNV FUNDING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court previously ordered plaintiff David Wellman to Show Cause for why this matter should not be dismissed for want of prosecution. R. 6. On February 15, 2013, Wellman responded that the parties have settled their disagreement. R. 7. Accordingly, it is **ORDERED** that:

(1) The Court's Show Cause Order, R. 6, is **DISCHARGED**.

(2) This action is discontinued with prejudice but without costs; provided, however, that **if the settlement is not consummated within thirty days (no later than March 21, 2013) of the date of this Order, any party may apply by motion within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored**.

(3) Should the parties choose to file an agreed order of dismissal, the Court will consider signing and filing it in the record, so long as it is filed within thirty days of the date of this Order and meets with the Court's approval. *See* Memorandum

Opinion and Order, *Asher v. Unarco Material Handling, Inc.*, No. 6:06-cv-548-ART, 2012 WL 3912761 (E.D. Ky. Sept. 7, 2012), R. 893.

(4) This matter is **STRICKEN** from the Court's active docket, all pending motions are **DENIED AS MOOT**, and all scheduled hearings are **CANCELLED**.

This the 19th day of February, 2013.

Signed By:
*Amul R. Thapar* AT
United States District Judge